BOROUGH OF GLASSBORO v. BRENDAN T. BYRNE.

October 8, 1976. Petition for certification denied. (See 141 *N. J. Super.* 19)

STATE OF NEW JERSEY v. JOSEPH FUNGONE.

October 8, 1976. Petition for certification denied.

WILLIAM HEDGEBETH v. LEONARD E. MEDFORD, SR.

October 8, 1976. Petition for certification granted. (See 139 *N. J. Super.* 41)

ROTHMAN REALTY CORPORATION v. BARTON BERECK.

October 8, 1976. Petition for certification granted. (See 140 *N. J. Super.* 72)

AUGUSTUS HUBERT v.
HUDSON COUNTY EMPLOYEES PENSION COMM.

October 8, 1976. Petition for certification denied.

COSMOPOLITAN MUTUAL INSURANCE COMPANY v.
THE HARTFORD INSURANCE COMPANY.

October 8, 1976. Petition for certification denied.